```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


ALAN B. KANE and                :       CIVIL ACTION
BONNIE F. KANE                  :
                                :
        v.                      :
                                :
GARY S. MAYERSON, ESQUIRE and   :
MAYERSON & ASSOCIATES, P.C.     :       NO. 09-cv-00058-JF
```

ORDER

        AND NOW, this 21st day of May 2009, IT IS ORDERED:

        1.   Plaintiffs' motion to remand this action to the Court of Common Pleas of Bucks County, Pennsylvania, is GRANTED. The case is REMANDED to that Court.

        2.   Plaintiffs' motion for sanctions is DENIED.

        3.   Defendants' cross-motion for costs and Rule 11 sanctions is DENIED.

        BY THE COURT:

/s/ John P. Fullam
John P. Fullam, Sr. J.